## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**LAMONT HEARD,**

    Plaintiff,                                  Civil Action No. 2:21-CV-10237
                                                      HON. NANCY G. EDMUNDS
                                                      UNITED STATES DISTRICT JUDGE

v.

**VARNICE STRANGE, et. al.;**

    Defendants,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on February 23, 2021.

   IT IS ORDERED THAT:

 (1)  The Complaint is DISMISSED WITHOUT PREJUDICE.

 (2)  It is CERTIFIED that any appeal would not be in good faith.

Dated at Detroit, Michigan, this 23rd, day of Februart, 2021.

                                                     KINIKIA ESSIX
                                                     CLERK OF THE COURT

**APPROVED:**
                                                BY: s/ L. Bartlett
                                                         DEPUTY CLERK

s/ Nancy G. Edmunds
**HON.  NANCY G. EDMUNDS**
**UNITED STATES DISTRICT JUDGE**