UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD,

    Plaintiff,

v.

YARNICE STRANGE,
JEFFREY OOSTERHOF,
ADAM DOUGLAS, and
CHRISTIAN ALCORN,

    Defendants.
_____/

Case No. 21-10237

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
MARCH 22, 2022 REPORT AND RECOMMENDATION [33]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Lamont Heard bringing First Amendment retaliation claims against Defendants. (ECF No. 11.)  The case has been referred to Magistrate Judge Patricia T. Morris for all pre-trial matters. (ECF No. 15.) Before the Court is the Magistrate Judge's March 22, 2022 report and recommendation to deny Plaintiff's motion for summary judgment. (ECF No. 33.)  No party has filed objections to the report and recommendation.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  See *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court agrees with the Magistrate Judge's recommendation.  The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 33). Accordingly, Plaintiff's motion for summary judgment (ECF No. 23) is DENIED.

SO ORDERED.

                                                           s/Nancy G. Edmunds
                                                           Nancy G. Edmunds
                                                           United States District Judge

Dated: April 19, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 19, 2022, by electronic and/or ordinary mail.

                                                           s/Lisa Bartlett
                                                           Case Manager